# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3311
LT Case No. 2022-CA-000265

———————————————

CITY OF OCALA, FLORIDA,

    Appellant,

    v.

BOARD OF TRUSTEES, CITY OF
OCALA FIREFIGHTERS'
RETIREMENT PLAN, and
PROFESSIONAL FIREFIGHTERS OF
OCALA, IAFF LOCAL 2135,

    Appellees.

———————————————

On appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

Glenn E. Thomas, of Lewis, Longman & Walker, P.A.,
Tallahassee, for Appellant.

Robert D. Klausner, Adam P. Levinson, and Blanca T.
Greenwood, of Klausner, Kaufman Jensen & Levinson, P.A.,
Plantation, for Appellee, Board of Trustees.

Paul Andrew Donnelly and Jung Yoon, of Donnelly + Gross,
Gainesville, for Appellee, Professional Firefighters of Ocala, IAFF
Local 2135.

October 23, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____